

# United States District Court
## District of New Mexico
### Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 29, 2019

Clerk of the District Court
First Judicial District Court
P. O. Box 2268
Santa Fe, NM 87504-2268

RE: Margaret Darr v. New Mexico Department of Game and Fish
    USDC # 18cv672 JB/SCY

Dear Sir or Madam:

    Please find enclosed a certified copy of the Order, along with the entire case file, remanding this case to your Court.

    Please acknowledge receipt of these records by returning a copy of this letter to this office.

    Yours truly,

    Mitchell R. Elfers, Clerk

    By:_____/s/_____
      Deputy Clerk