# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 APR 12  AM 10: 01

CLERK-SANTA FE

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 29, 2019

Clerk of the District Court
First Judicial District Court
P. O. Box 2268
Santa Fe, NM 87504-2268

RE: Margaret Darr v. New Mexico Department of Game and Fish
    USDC # 18cv672 JB/SCY

Dear Sir or Madam:

    Please find enclosed a certified copy of the Order, along with the entire case file, remanding this case to your Court.

    Please acknowledge receipt of these records by returning a copy of this letter to this office.

Yours truly,

Mitchell R. Elfers, Clerk

By:_____/s/_____
       Deputy Clerk

RECEIVED ON:
4/3/19
FIRST JUDICIAL DISTRICT COURT
Santa Fe, Rio Arriba, & Los Alamos Counties

First Judicial District Court
Court Administrator's Office
POST OFFICE BOX 2268
SANTA FE, NEW MEXICO 87504-2268

RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
APR 12 2019
MITCHELL R. ELFERS
CLERK

United States District Court
106 South Federal Office
Santa Fe, NM
87501

Master
04/11/2019
US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 87501
011E11677920