## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MARGARET DARR,

       Plaintiff,

vs.                                No. CIV 18-0672 JB\SCY

NEW MEXICO DEPARTMENT
OF GAME AND FISH,

       Defendant.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed August 30, 2019 (Doc. 30)("MOO"). In the MOO, the Court remands the case and all its claims to the County of Santa Fe, First Judicial District Court, State of New Mexico, and denies Plaintiff Margaret Darr's request for fees and costs. See MOO at 68. Having disposed of all claims and parties before the Court, the Court now enters Final Judgment.

**IT IS ORDERED** that: (i) the case and all claims are remanded to the County of Santa Fe, First Judicial District Court, State of New Mexico; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Rosario D. Vega Lynn
Vega Lynn Law Offices, LLC
Albuquerque, New Mexico

--and--

Diane Garrity
Serra & Garrity, P.C.
Santa Fe, New Mexico

   *Attorneys for the Plaintiff*

Stephen M. Williams
Paula G. Maynes
Miller Stratvert PA
Santa Fe, New Mexico

   *Attorneys for the Defendant*